GAS 245D    (Rev. 01/23) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
### Southern District of Georgia
### Savannah Division

UNITED STATES OF AMERICA

**v.**

Frankie Antwan Garvin, III

| |
|---|
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number:     4:19CR00154-1

USM Number:     00146-120

Scott G. Reddock
_____
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to participate in a substance abuse treatment program (special condition). | April 7, 2022 |

*See Page 2 for Additional Violations.*

The defendant is sentenced as provided in Page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the  condition(s), _____ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec No.:  4013

March 14, 2023
_____
Date of Imposition of Judgment

_____
Signature of Judge

Defendant's Year of Birth: 1992

R. Stan Baker
United States District Judge
Southern District of Georgia
_____
Name and Title of Judge

City and State of Defendant's Residence:

Savannah, Georgia

March 20, 2023
_____
Date

DEFENDANT:    Frankie Antwan Garvin, III
CASE NUMBER:    4:19CR00154-1

## ADDITIONAL VIOLATIONS

| <u>Violation Number</u> | <u>Nature of Violation</u> | <u>Violation Ended</u> |
|---|---|---|
| 2 | You failed to participate in a sex offense-specific treatment program (special condition). | April 7, 2022 |
| 3 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | July 26, 2021 |
| 4 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | October 22, 2021 |
| 5 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | December 20, 2021 |
| 6 | You failed to report to the probation officer as instructed (standard condition). | March 18, 2022 |

DEFENDANT:          Frankie Antwan Garvin, III
CASE NUMBER:        4:19CR00154-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 6 months.

☐   The Court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL